No. 10-8125. Margrette Cobb, Petitioner v. United States.

562 U.S. 1236, 131 S. Ct. 1512, 179 L. Ed. 2d 335, 2011 U.S. LEXIS 1610.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 404 Fed. Appx. 46.

No. 10-8126. Earl Foy, Jr., Petitioner v. United States.

562 U.S. 1236, 131 S. Ct. 1512, 179 L. Ed. 2d 335, 2011 U.S. LEXIS 1665.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 617 F.3d 1029.

No. 10-8128. Velma Mireles, Petitioner v. United States.

562 U.S. 1236, 131 S. Ct. 1512, 179 L. Ed. 2d 335, 2011 U.S. LEXIS 1537.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 617 F.3d 1009.

No. 10-8129. Michael Uvino, Petitioner v. United States.

562 U.S. 1236, 131 S. Ct. 1512, 179 L. Ed. 2d 335, 2011 U.S. LEXIS 1627.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 409 Fed. Appx. 372.

No. 10-8130. Barry Elijah Davis, Petitioner v. United States.

562 U.S. 1236, 131 S. Ct. 1512, 179 L. Ed. 2d 335, 2011 U.S. LEXIS 1538,

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 388 Fed. Appx. 262.

No. 10-8131. Ralph P. Croff, Petitioner v. United States.

562 U.S. 1236, 131 S. Ct. 1512, 179 L. Ed. 2d 335, 2011 U.S. LEXIS 1686.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 10-8132. Russell Christie, Petitioner v. United States.

562 U.S. 1236, 131 S. Ct. 1513, 179 L. Ed. 2d 335, 2011 U.S. LEXIS 1593.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 624 F.3d 558.

No. 10-8134. Gary William Church, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.

562 U.S. 1236, 131 S. Ct. 1558, 179 L. Ed. 2d 335, 2011 U.S. LEXIS 1591.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.